U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

BET
F. #2024R00934

May 4, 2025

<u>By E-mail and ECF</u>

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Svetlana Dali
               <u>Criminal Docket No. 25-14 (AMD)</u>

Dear Judge Donnelly:

      The government respectfully submits this letter pursuant to Section 4.C of Your Honor's Individual Practices and Rules ("Section 4.C") to request permission to file a memorandum in support of its anticipated motions <u>in limine</u> that exceeds 25 pages. Specifically, the government requests permission to file a memorandum of law that is up to 35 pages. The government makes this request in light of the complexity of the evidentiary questions this case raises. We additionally request leave to submit this request for extra pages less than five days before the due date for the motions <u>in limine</u> (which is tomorrow, May 5, 2025), as required by Section 4.C, given the condensed time frame within which the parties are preparing for trial. The defendant consents to this request. The government consents to any request by the defendant to file memoranda in support of her motions <u>in limine</u> that exceed 25 pages.

                                     Respectfully submitted,

                                     JOHN J. DURHAM
                                   United States Attorney

                 By:         /s/
                          Brooke Theodora
                          Assistant U.S. Attorney
                          (718) 254-6342

cc:    Clerk of Court (AMD) (via e-mail and ECF)
       Michael Schneider, Esq. (via e-mail and ECF)