# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, __Shannon Shaw__, attest, under penalties of perjury by the laws
         *Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Delta Air Lines, Inc.__
                                                                                                *Entity*

(hereinafter "the entity"), and my title is __Sr. Paralegal Specialist__. I am qualified
                                                  *Title*

to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the provider. The attached records consist of __Delta records Bates-Labeled DELTA_000001 through DELTA_001173 re DL 264 on November 26, 2024__. I further state that:
*Generally describe records (pages/CDs or DVDs/megabytes)*

a.   all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the entity, and they were made by the entity as a regular practice; and

b.   such records were generated by the entity's electronic process or system that produces an accurate result; and

c.   the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original records.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

__May 5, 2025__                                  *[signature]*
Date                                                            Signature

SD000165