**COURT EXHIBIT**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                     Docket No. <u>25-CR-14 (AMD)</u>

SVETLANA DALI,                     <u>JOINT PROPOSED VERDICT SHEET</u>

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>**Stowaway On An Aircraft**</u>

How do you find the defendant SVETLANA DALI?

                          Guilty ___✓___    Not Guilty _____

1