UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-

SVETLANA DALI,

                               Defendant.
-------------------------------------------------------------X

ORDER OF SUSTENANCE

1:25-cr-00014 (AMD)

**It is hereby ORDERED** that the Marshal supply proper:

( )    LODGING

(X)    SUSTENANCE

( )    TRANSPORTATION

       to the (16) jurors in the above entitled case

( )    DURING SELECTION

( )    DELIBERATING

( )    SEQUESTERED

(X)    LUNCH

( )    OTHER _____

DATED: Brooklyn, New York
          May 22, 2025

                                                    s/Ann M. Donnelly
                                                  _____
                                                  ANN M. DONNELLY
                                                  UNITED STATES DISTRICT JUDGE