# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
### Southern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: **1:25-cr-00014-AMD-1** |
| -v- | **Honorable Ann M. Donnelly** |
| **Svetlana Dali** | (District Court Judge) |

Notice is hereby given that Svetlana Dali appeals to the United States Court of Appeals for the Second Circuit from the:   ☒ **Judgment**   ☐ **Order**   ☐ **Other**: **Sentencing**
(specify)

entered in this action on **7/14/2024**.

Offense occurred after November 1, 1987: ☒ Yes ☐ No    The appeal concerns: ☒ Conviction & Sentence Only ☐ Conviction Only ☐ Sentence Only

**Date:** July 16, 2025       **Barry D. Leiwant, Esq.**
(Counsel for Appellant)

**TO:** Brooke Theodora, Esq.    **Address:** Federal Defenders of New York, Inc.
Assistant United States Attorney       52 Duane Street - 10th Floor
                                        New York, NY 10007

**From:** Svetlana Dali
Reg. No. 00056-506    **Tel. No.:** (212) 417-8700
**Michael K. Schneider, Esq.**
Of Counsel

---

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ►**QUESTIONNAIRE** | ►**TRANSCRIPT ORDER** ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPTS IS REQUIRED (INCLUDE DATE). |
| ☒ I am ordering a transcripts<br>☐ I am not ordering a transcript<br>   Reason:<br>☐ Daily copy is available<br>☐ U. S. Attorney has placed order<br>☐ Other: Attach explanation: | **Prepare transcript of**       (Dates)<br>☒ Sentencing    7/10/2025<br>☐ Trial<br>☐ Order<br>☐ Plea hearing |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)) ►  Method of payment ☐ Funds   ☐ CJA Form 24   ☒ Federal Defenders of New York, Inc.

**Attorney's Signature:**    **Date:** July 16, 2024

*Michael Schneider, esq* (cr)

---

►**COURT REPORTER ACKNOWLEDGMENT**   To be completed by Court Reporter and forward to Court of Appeals

| Date order received: | Estimated Completion Date: | Estimated # of Pages: |
|---|---|---|
| | | |

Date _____       Signature _____
(Court Reporter)